# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**TIMOTHY E. WATFORD,**

    **Plaintiff,**

**vs.**                                             **Case No. 4:17cv556-RH/CAS**

**NANCY A. BERRYHILL,**
**Acting Commissioner of**
**Social Security Administration,**

    **Defendant.**
_____/

## REPORT AND RECOMMENDATION

On December 8, 2017, the pro se Plaintiff sought to initiate a case in this Court seeking review of a decision denying his application for Disability Insurance Benefits. Plaintiff submitted a complaint, ECF No. 1, but did not pay the filing fee for this case, nor did he file a motion seeking leave to proceed without payment of the filing fee (in forma pauperis). An Order was entered on December 11, 2017, directing Plaintiff to either pay the filing fee or file a completed in forma pauperis motion and financial affidavit by January 8, 2018. ECF No. 3. As of this date, Plaintiff has not complied with that Order. Plaintiff was warned that a recommendation would be

made to dismiss this case in the event he did not comply. *Id.* Having been so warned, this case should now be dismissed.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute and failure to comply with a Court Order.

**IN CHAMBERS** at Tallahassee, Florida, on January 19, 2018.

　S/　Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 4:17cv556-RH/CAS