**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

TIMOTHY E. WATFORD

    VS                                CASE NO.4:17cv556-RH/CAS

NANCY A. BERRYHILL,
Acting Commissioner of
Social Security Administration

**JUDGMENT**

This case is dismissed without prejudice.

                                  JESSICA J. LYUBLANOVITS
                                  CLERK OF COURT

| April 2, 2018 | s/ Cindy Markley |
|---|---|
| DATE | Deputy Clerk: Cindy Markley |